IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Erica rena Napier,                                :
                                                  :
      Plaintiff(s)              :
                                                  :   Case Number: 1:13cv644
  vs.                                       :
                                                  :   Chief Judge Susan J. Dlott
Commissioner of Social Security,                  :
                                                  :
      Defendant(s)              :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 4, 2014 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 22, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff SSI benefits is **REVERSED** because it is not supported by substantial evidence in the record as a whole.  On remand, the ALJ is to further develop the record to address and correct the errors identified herein.

    IT IS SO ORDERED.


                                                    s/Susan J. Dlott
                                                Chief Judge Susan J. Dlott
                                                United States District Court